AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   _____

USA
vs.
Peterson Dumornay

**APPEARANCE**

Case Number: 04 - 10379 - JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Peterson Dumornay

Date: 12/22/04

Signature: [signed]

Print Name: Roger Witkin

Address: 6 Beacon St #1010

City: Boston   State: MA   Zip Code: 02108

Phone Number: 617·523·0027

BBO# 531780