AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

PETERSON DUMORNAY and JUDE CELESTIN

**WARRANT FOR ARREST**

CASE NUMBER: 04-10379-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _PETERSON DUMORNAY_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Bank Fraud

in violation of
Title _18_ United States Code, Section(s) _1344_

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

DEC 15 2004

Date and Location
HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at _____ |
|---|
| WARRANT EXECUTED BY FBI |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/28/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.