UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                            CRIMINAL NO. 04 10379 JLT

PEDERSON DUMORNAY

MOTION TO AMEND THE CONDITIONS OF RECOGNIZANCE

The defendant moves that the condition of his recognizance be amended so that he may be permitted to travel to the states of Rhode Island, Connecticut and New York. The defendant says that he will, prior to any trip out of the Commonwealth of Massachusetts, give a full itinerary to Pretrial Services Officer David Picozzi.

The said Pretrial Services Officer David Picozzi assents to this amendment of the conditions of recognizance, conditional upon the defendant notifying him of his itinerary.

Assistant Attorney General Seth Berman assents to this motion under the same conditions.

/s/*Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE: January 18, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.         CRIMINAL NO. 04 10379 JLT

PEDERSON DUMORNAY

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party and a courtesy copy to the Clerk of Court, United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA,; AUSA Seth Berman, United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and Pretrial Services Officer David Picozzi, Pretrial Services, 1st Floor, United States District Court, 1 Courthouse Way, Boston, MA 02210 by mail which was e-filed this day.

                                                       /s/ Roger Witkin
                                                Roger Witkin
                                                6 Beacon Street, Suite 1010
                                                Boston, MA 02108
                                                Tel. 617 523 0027
                                                Fax 617 523 2024
                                                BBO No. 531780

DATE: January 18, 2005