**ROGER WITKIN**
ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS

January 24, 2005

AUSA Seth Berman
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

RE: **UNITED STATES V. PEDERSON DUMORNAY**
**CRIMINAL NO. 04 10379 JLT**

Dear Mr. Berman:

The defendant has no reciprocal discovery as mandated by Local Rule 116.1 (D) and Fed. R. Crim. P. 16 (b) (1) (A) and (B). The defendant recognizes his duty of disclosure and discovery is a continuing one pursuant to both rules.

Please telephone me if you have any questions about the above information or if you would like to discuss this case further.

Very truly yours,

ROGER WITKIN

/slw

c.c.   client
Thomas Quinn, Courtroom Clerk for Honorable Judith G. Dein,
United States Courthouse, One Courthouse Way, Boston MA 02210
Martin Leppo, Esq.

f32