UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10379-JLT

UNITED STATES OF AMERICA

v.

PETERSON DUMORNAY
and JUDE CELESTIN

**FURTHER ORDER ON EXCLUDABLE TIME**

February 18, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 19, 2005 through April 4, 2005

that being the period between the expiration of the initial order on excludable time and the Interim Status Conference.

Based upon the prior orders of the court dated December 22, 2004 and this order, at the time of the Interim Status Conference on April 4, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge