# ROGER WITKIN

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

---

TEL (617) 523-0027
FAX (617) 523-2024



January 24, 2005

AUSA Seth Berman
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

**RE: UNITED STATES V. PEDERSON DUMORNAY
CRIMINAL NO. 04 10379 JLT**

---

Dear Mr. Berman:

The defendant has no reciprocal discovery as mandated by Local Rule 116.1 (D) and Fed. R. Crim. P. 16 (b) (1) (A) and (B). The defendant recognizes his duty of disclosure and discovery is a continuing one pursuant to both rules.

Please telephone me if you have any questions about the above information or if you would like to discuss this case further.

Very truly yours,

ROGER WITKIN

/slw

c.c.   client
       Thomas Quinn, Courtroom Clerk for Honorable Judith G. Dein,
United States Courthouse, One Courthouse Way, Boston MA 02210
       Martin Leppo, Esq.

f32