UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10379 JLT

PEDERSON DUMORNAY


MOTION TO AMEND THE CONDITIONS OF RECOGNIZANCE

The defendant moves that the condition of his recognizance be amended so that he may be permitted to leave Massachusetts on April 21, 2005 to attend the wedding of a cousin, Carl Dumornay, which is taking place in Ann Arbor, Michigan on April 23, 2005.  Mr. Dumornay will return to Massachusetts on April 25, 2005.

While in Ann Arbor, Michigan, he will be staying in the Days Inn and will be available by cell phone at 617 721 8801.

Pretrial Officer David Picozzi does not oppose this.  Neither does AUSA Seth Berman.

/s/*Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE:  April 6, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CRIMINAL NO. 04 10379 JLT

PEDERSON DUMORNAY

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party and a courtesy copy to the Clerk of Court, United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA; AUSA Seth Berman, United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and Pretrial Services Officer David Picozzi, Pretrial Services, 1st Floor, United States District Court, 1 Courthouse Way, Boston, MA 02210 by mail which was e-filed this day.

    /s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: April 6, 2005

Case 1:04-cr-10379-JLT   Document 23   Filed 04/06/2005   Page 3 of 3