UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10379-JLT

UNITED STATES OF AMERICA

v.

PETERSON DUMORNAY
and JUDE CELESTIN

### FURTHER ORDER ON EXCLUDABLE TIME

July 13, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for July 14, 2005. The parties have jointly requested a continuance in order to complete discovery in a manner that would be useful for the defendants. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 14, 2005 - August 25, 2005

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for August 25, 2005 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference.  In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

                / s / Judith Gail Dein
                JUDITH GAIL DEIN
                United States Magistrate Judge