UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10379-JLT

UNITED STATES OF AMERICA

v.

PETERSON DUMORNAY
and JUDE CELESTIN

## FURTHER ORDER ON EXCLUDABLE TIME

December 15, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for December 15,

2005.  The parties have jointly requested a continuance in order to allow the

defendants to make an initial appearance in a new case which encompasses the

charges in the above case.  In accordance with the agreement of the parties, this court

orders the following period of time excludable from the time period within which trial

must commence:

December 15, 2005 - December 23, 2005

that being the period between the Final Status Conference as originally scheduled and

the Conference as rescheduled.

**The Final Status Conference has been rescheduled to December 23, 2005**

**at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum**

**addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of**

**business no less than THREE business days prior to that Status Conference.  In**

addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.


_____/ s / Judith Gail Dein_____
JUDITH GAIL DEIN
United States Magistrate Judge