UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10379-JLT

UNITED STATES OF AMERICA

v.

PETERSON DUMORNAY
and JUDE CELESTIN

### FURTHER ORDER ON EXCLUDABLE TIME

December 21, 2005

DEIN, M.J.

The parties appeared in court today and jointly requested a continuance in order to allow the defendants to make an initial appearance in a new case which encompasses the charges in the above case. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 23, 2005 - February 14, 2006

that being the period between the expiration of the last order on excludable time and the Final Status Conference as rescheduled.

Based upon the prior orders of the court dated December 22, 2004, February 18, 2005, April 4, 2005, April 29, 2005, June 3, 2005, July 13, 2005, August 25, 2005, October 28, 2005, December 15, 2005 and this order, at the time of the Final Status Conference on February 14, 2006 there will be zero (0) days of non-excludable time

under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

**The Final Status Conference has been rescheduled to February 14, 2006 at 10:15 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference.** In addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

                                                / s / Judith Gail Dein
                                                JUDITH GAIL DEIN
                                                United States Magistrate Judge