UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA    )
        )
    v.    )    Case No. 04-cr-10379-JLT
        )
PETERSON DUMORNAY and    )
JUDE CELESTIN    )
        )

_____)

## DISMISSAL OF INDICTMENT

The government respectfully dismisses, pursuant to Fed. R. Crim. P. 48(a), the

Indictment in the above referenced case against defendants PETERSON DUMORNAY and

JUDE CELESTIN.  As grounds therefor, the government states that the defendants, along with

eight co-defendants, have been named in another indictment, criminal number 05-10110, which

encompasses the criminal activity in the instant case.  As a consequence, it is in the interests

of justice to dismiss the Indictment in this case so that the defendants may be prosecuted solely

on the other Indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Seth P. Berman
    SETH P. BERMAN
    Assistant U.S. Attorney

January 31, 2006

LEAVE TO FILE GRANTED:

_____
HON. JOSEPH L. TAURO

United States District Judge

Dated: _____

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Charles Rankin
Rankin and Sultan
One Commercial Wharf North
Boston, MA 02110

This 12th day of August 2005.

<u>/s/ Seth P. Berman</u>
Seth P. Berman
ASSISTANT U.S. ATTORNEY